IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JUAN MANUEL ALBARADO, <br> Institutional ID No. 1452106 <br><br> Plaintiff, <br><br> v. <br><br> TEXAS STATE LAND OFFICER, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:23-CV-00115-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Juan Manuel Albarado's Complaint, and all claims alleged therein, are DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and for failure to state a claim on which relief may be granted.

ENTERED this 22nd day of April 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE